B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–26060
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Edward Little | Melinda Sue Little |
| 40 Bridgeview Drive | aka Melinda Sue McReynolds |
| Oswego, IL 60543 | 40 Bridgeview Drive |
| | Oswego, IL 60543 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–7867                                    xxx–xx–0824

Employer Tax ID / Other nos.:

## DISCRIPTION OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>March 2, 2015</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
John Edward Little  
Melinda Sue Little  
    Debtors

Case No. 14-26060-BWB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mhenley      Page 1 of 2      Date Rcvd: Mar 02, 2015  
                   Form ID: b18w      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2015.

```
db/jdb         #+John Edward Little,    Melinda Sue Little,    40 Bridgeview Drive,    Oswego, IL 60543-7903
22164323       +Dependon Collection Service, Inc,    PO Box 4833,    Oak Brook, IL 60522-4833
22164324       +Empact Emergency,    PO Box 366,    Hinsdale, IL 60522-0366
22164325       +Empact Emergency Physicians,    2000 Ogden Avenue,    Aurora, IL 60504-7222
22164326        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22164327       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22164329       +Firstsource Advantage,    1232 W State Road #2,    La Porte, IN 46350-5469
22164330       +Freedman Anselmo Lindberg,    1771 W. Diehl, Suite 150,    PO Box 3228,
                 Naperville, IL 60566-3228
22164332       +Kendall County Treasurer,    111 W. Fox Street, Room 114,    Yorkville, IL 60560-1621
22164334        MARIANJOY REHABILITATION HOSPITAL,    6 W 171 Roosevelt Road,    Wheaton, IL 60187
22164333       +Marianjoy Rehab Hospital,    26W171 Roosevelt Road,    Wheaton, IL 60187-6061
22164335       +Medical Recovery Specialists LLC,    PO Box 3228,    Madison, WI 53704
22164337       +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
22164338       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22198496       +Wells Fargo Bank, N.A.,    C/O PIERCE AND ASSOCIATES,    ONE NORTH DEARBORN STE. 1300,
                 CHICAGO, IL 60602-4321
22164340       +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22176107       +E-mail/Text: bankruptcy@cavps.com Mar 03 2015 02:08:48     Cavalry Investments, LLC,
                 as assignee of Providian National Bank,    500 Summit Lake Drive, Ste 400,
                 Valhalla, NY 10595-1340
22176106       +E-mail/Text: bankruptcy@cavps.com Mar 03 2015 02:08:48     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
22164328       +EDI: FSAE.COM Mar 03 2015 01:43:00      First Source Advantage,    PO Box 628,
                 Buffalo, NY 14240-0628
22164331       +EDI: CHASE.COM Mar 03 2015 01:43:00      JPMorgan Chase*,    270 Park Avenue,
                 New York, NY 10017-2014
22164336       +Fax: 847-227-2151 Mar 03 2015 03:48:37      Medical Recovery Specialists, Inc.,
                 2250 E. Devon Avenue, Suite 352,    Des Plaines, IL 60018-4519
22164339       +EDI: WFFC.COM Mar 03 2015 01:43:00      Wells Fargo Bank, N.A.,    420 Montgomery Street,
                 San Francisco, CA 94104-1298
22378561       +EDI: WFFC.COM Mar 03 2015 01:43:00      Wells Fargo Bank, NA,    Attention: Bankruptcy Department,
                 3476 Stateview Blvd,    MAC #D3347-014,    Fort Mill, SC 29715-7203,    Telephone: (800) 274-7025
                                                                                                 TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22164322       ##+Dependon Collection Service,    120 W 22nd Street, # 360,    Oak Brook, IL 60523-4070
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2015                                 Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: mhenley              Page 2 of 2                  Date Rcvd: Mar 02, 2015
                               Form ID: b18w              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2015 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Nathan C Volheim    on behalf of Joint Debtor Melinda Sue Little courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Nathan C Volheim    on behalf of Debtor John Edward Little courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```